### 1560.   HINES *v.* THE STATE.

RUSSELL, J.   The corpus delicti not being shown, the alleged confession
(even if voluntarily made) was uncorroborated, and therefore was in-
sufficient to authorize the conviction of the defendant.

*Judgment reversed.*

Accusation of larceny, from city court of Sandersville—Judge
Jordan. November 27, 1908.

Submitted January 14,—Decided January 27, 1909.

Hines was convicted under an accusation charging him with the
larceny of a set of single buggy harness, the property of G. H.
Wood. At the trial Wood testified: "About the 5th day of Sep-
tember, this year, I lost a set of single buggy harness. Those har-
ness were in my buggy house. . . The harness were .mine and
were taken from my buggy house in Washington, Georgia. . . I
have never found these harness." The witness further testified,.
that the accused admitted that "he stole the harness, and said he·
gave them to another boy, by the name of Bethea, to sell for him."·
The father of the accused told the witness that the accused had ·
the harness. The remainder of the testimony related to the con-
fession of the accused and the circumstances under which it was,.
made.

*Evans & Evans,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.